JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-1373 JGB (PJWx) | Date | September 29, 2016 |
|---|---|---|---|
| Title | *Gail Renee Greaves v. Joshua M. Woodward et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER to Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)

    On June 8, 2016, Plaintiff Gail Renee Greaves filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Dkt. No. 54.) This was improper because, where, as here, an opposing party has served an answer, a plaintiff may dismiss an action only by filing a stipulation of dismissal signed by all parties who have appeared. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court struck Plaintiff's Notice of Dismissal and ordered her to file a stipulation of dismissal with a proposed order no later than June 27, 2016. To date, no stipulation of dismissal has been filed and no other action has been taken on this case.

    Pursuant to the Court's inherent authority, this case is hereby DISMISSED for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

**IT IS SO ORDERED.**